**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 0:26-CV-61288**

MARINA XU,

      Plaintiff,

  v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Defendant" or "Prudential"), by and through its attorneys, hereby moves for an extension of time of fourteen (14) days, until and including June 23, 2026, within which to answer or otherwise respond to Plaintiff's Complaint. In support of its unopposed motion, Defendant states as follows:

1.    On April 30, 2026, Plaintiff Marina Xu ("Plaintiff") commenced a civil action against Defendant by filing a Complaint in this Court. (ECF No. 1.)

2.    On May 19, 2026, Prudential was served through its registered agent.

3.    The current deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is June 9, 2026.

326079463v.1

4.      Defendant is promptly collecting and reviewing the relevant file documents in order to prepare a response to Plaintiff's Complaint, but requests fourteen (14) additional days, until and including June 23, 2026, to complete its investigation and prepare its response.

5.      There are no status conferences or hearings scheduled that will be affected by this motion.

6.      This is Defendant's first request for an extension.

7.      This request is made in good faith and not for the purposes of causing unwarranted delay.

WHEREFORE, Defendant respectfully requests that the Court enter an order granting it until and including June 23, 2026, to file its Answer or otherwise respond to Plaintiff's Complaint.

<u>Local Rule 7.1 Certification</u>.

On May 21, 2026, Counsel for Prudential conferred with Counsel for Plaintiff regarding the request for an extension to answer or otherwise respond to Plaintiff's Complaint. Plaintiff's Counsel indicated that Plaintiff does not oppose this request.

2

326079463v.1

DATED: May 21, 2026

Respectfully submitted,

QUINTAIROS, PRIETO, WOOD &
BOYER, P.A.


By: _/s/ Hector R. Rivera_

Hector R. Rivera
hrivera@gpwblaw.com
Quintairos, Prieto, Wood & Boyer, P.A.
South Dadeland Boulevard
4th Floor
Miami, Florida  33156
Telephone:  (305) 670-1101 x 1012
Facsimile:  (305) 670-1161

Attorneys for Defendant
The Prudential Insurance Company of
America

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of May, 2026, I presented the foregoing

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR

OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court for filing

and uploading to the CM/ECF system, which will send notification of such filing to the following

at their e-mail addresses on file with the Court:

> Alexander Arthur Palamara
> Attorneys Dell & Schaefer Chartered
> 2625 Weston Road
> Weston, FL 33331
> alex@diattorney.com
>
> Gregory Michael Dell
> Dell & Schaefer
> 2404 Hollywood Boulevard
> Hollywood, FL 33020
> gdell@dnslaw.com

*/s/ Hector R. Rivera*
_____
Hector R. Rivera
One of the Attorneys for Defendant
The Prudential Insurance Company of America

326079463v.1